IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR-23-329-PRW |
| ANGEL LUIS GARCIA-NAVEDO, | ) |
| Defendant. | ) |

**COURT'S FINDINGS AND VERDICT**

On May 14, 2024, a bench trial was held in the above-captioned case. After hearing all of the evidence and arguments, the Court finds as follows:

On April 28, 2023, Defendant Angel Luis Garcia-Navedo went to AEC Outdoors, a federally licensed firearms dealer in Altus, Oklahoma, which is within the Western District of Oklahoma, to purchase a firearm. At that time, Mr. Garcia-Navedo had previously been charged by information with two felonies in an Oklahoma state court. Mr. Garcia-Navedo thus made a false statement when he answered "No" to question 21.d of ATF Form 4473, which asked Mr. Garcia-Navedo: "Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year . . . ?"

Mr. Garcia-Navedo knew that statement was false at the time he made it. He knew that he was charged by information with multiple felonies. He had previously appeared before a judge at several proceedings regarding his state charges, including at an initial

1

appearance where the information charging him with two felonies was read to Mr. Garcia-Navedo through an interpreter. Mr. Garcia-Navedo also appeared at a preliminary hearing where he was represented by counsel, at the conclusion of which Mr. Garcia-Navedo was bound over for trial on two felony counts. In the course of the purchase of the firearm, Mr. Garcia-Navedo readily conversed with the store's employees in English, and at no time expressed nor exhibited any difficulty in understanding the store's employees or the 4473 Form. He never indicated that he did not understand any question on the form. He instead affirmatively filled out the form and answered its questions, and he did so without any delay that might indicate difficulty in understanding. Moreover, he twice certified that he had read and understood the form and that his answers were true, correct, and complete.

The false statement that Mr. Garcia-Navedo gave was likely to deceive about a material fact. That is, it would have been illegal for the firearms dealer to transfer a firearm to Mr. Garcia-Navedo had he given a truthful answer to question 21.d.

The Court finds that the Government has proven the above facts beyond a reasonable doubt. As to Count 1 of the Indictment returned on August 16, 2023, which charged the Defendant with Making a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6), the Court finds the Defendant, Angel Luis Garcia-Navedo, **GUILTY**.

**ENTERED** this 14th day of May 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE